IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT PURVIS**                                                                                          **PLAINTIFF**

v.                          Case No. 3:22-cv-00224-JM-JTK

**KILOLO KIJAKAZI,**                                                                                    **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Plaintiff Robert Purvis's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is GRANTED. Mr. Purvis's counsel is directed to prepare a summons, to be issued by the Clerk of Court, and to serve the complaint upon the Defendant.

SO ORDERED THIS 26th day of September, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE